UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BALTIERRA,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY SANTORO, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01723-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>Doc. 30 |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis on his second amended complaint filed pursuant to 42 U.S.C. § 1983. Doc. 29. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2024, the assigned magistrate judge issued findings and recommendations to dismiss plaintiff's second amended complaint for failure to state a cognizable claim for relief. Doc. 30. On April 2, 2024, plaintiff filed a "motion to appeal" which, liberally construed, sets out objections to the findings and recommendations. Docs. 32, 33. However, plaintiff's objections do not address any of the reasoning in the findings and recommendations. Rather, plaintiff contends, without reference to legal authority or factual basis, that the assigned magistrate judge "denied" his second amended complaint due to bias. Doc. 32 at 1. Plaintiff reiterates that he stated a "legit[imate] legal claim and sent proof that all parties involved were accountable." *Id*. at 1-2. Plaintiff fails to set forth a reasoned basis that the findings and recommendations were

1  incorrect.

2      In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de
3  novo review of the case.  Having carefully reviewed the file, the Court concludes that the findings
4  and recommendations are supported by the record and by proper analysis.

5      Accordingly, IT IS ORDERED that:

6      1. The findings and recommendations issued March 4, 2024, Doc. 30, are ADOPTED IN
7         FULL;

8      2. This matter is DISMISSED for failure to state a cognizable claim for relief; and

9      3. The Clerk of the Court is directed to CLOSE this case.

12  IT IS SO ORDERED.

13      Dated:  March 24, 2025

                        UNITED STATES DISTRICT JUDGE